

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00009-CR

Darryn **BURGESS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0646
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we MODIFY the judgment to reflect that Burgess was convicted of Count II, "Assault Upon a Public Servant (Habitual)," with an affirmative deadly weapon finding, and AFFIRM the judgment as modified.

SIGNED December 7, 2016.

_____
Rebeca C. Martinez, Justice